FILED

09/05/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0271

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## SUPREME COURT CAUSE NO. DA 23-0271

IN RE THE MARRIAGE OF:

CLAUDIA DEL TORAL,

        Petitioner/Appellee,

and

DAVID FLINT RICHARD,

        Respondent/Appellant.

**ORDER GRANTING
EXTENSION OF TIME**

Having reviewed Petitioner / Appellee's Unopposed Motion for Extension of Time and for good cause appearing, it is hereby ORDERED that the deadline for filing Petitioner / Appellee's Answer Brief is extended to October 15, 2023.

ELECTRONICALLY SIGNED AND DATED BELOW.

cc:   Loren T. Fitzpatrick, Attorney for Respondent / Appellant
      Molly Stammer, Attorney for Petitioner / Appellee

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 5 2023